**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NADRECA REID,

                              Plaintiff,         Case No.   1:23-cv-1219-JGK

                          - against -

OUTLOOK AMUSEMENTS, INC.,

                              Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Nadreca Reid, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Outlook Amusements, Inc.

Dated: Scarsdale, New York
          March 13, 2023

                                              SHAKED LAW GOUP, P.C.
                                              Attorneys for Plaintiff

                                      By: _____
                                              Dan Shaked, Esq.
                                              14 Harwood Court, Suite 415
                                              Scarsdale, NY 10583
                                              Tel. (917) 373-9128
                                              e-mail: ShakedLawGroup@Gmail.com